# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-06547-AS | Date | August 7, 2024 |
|---|---|---|---|
| Title | Leo Kenneth Davis v. City of Manhattan Beach, et. al., | | |

Present: The Honorable | Alka Sagar, United States Magistrate Judge

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**     **ORDER TO SHOW CAUSE re Petition for Appointment of Guardian Ad Litem (Dkt. No. 11)**

Plaintiff is ordered to show cause in writing, no later than **August 16, 2024**, why Leo Kenneth Davis should not be appointed as guardian ad litem for E.J.D., a minor child, in light of Leo Kenneth Davis' failure to include, in his declaration, a statement that his appointment will not cause a conflict of interest. The filing of a petition for appointment which addresses this deficiency or the filing of a petition for appointment of another guardian will be a sufficient response to this order to show cause.

**IT IS SO ORDERED.**