# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-06547-CBM-MAR Date August 19, 2026

Title: Leo Kenneth Davis v. City of Manhattan Beach, et al

Present: The Honorable Consuelo B. Marshall, United States District Judge

| V.R. Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

---

Proceedings: ☐ In Court ☒ In Chambers ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated October 14, 2025.

☐ Case settled but may be reopened if settlement is not consummated within ________ days. Make JS-6.

☒ Other Make JS-6.

☐ Entered ________.

Initials of Preparer VRV